IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERANCE A. TRACY, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-24-1506 |
| KAKIA HAKIM, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

Upon application of petitioner Terance A. Tracy, it is this 1st day of July, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Tracy's Motion to Proceed in Forma Pauperis (ECF 2) IS GRANTED;

2. Respondents SHALL FILE an answer to the petition on or before FORTY (40) DAYS from the date of this order;

3. Respondents SHALL FILE with their answer copies of all opinions, materials, and transcripts relevant to all defenses raised and provide the same to Tracy;

4. For procedural default and lack of exhaustion defenses, respondents SHALL FILE all pleadings filed by Tracy or on Tracy's behalf, transcripts of all hearings held to rule on those pleadings, as well as all written opinions and orders issued by the State courts and provide the same to petitioner. If any of these materials are unavailable or do not exist, respondents shall so state.

5. Pursuant to Amended Rule 5(e) Governing 28 U.S.C. § 2254 Cases, Tracy MAY FILE A REPLY twenty-eight (28) days after service of respondents' answer; and

6. The Clerk SHALL SEND a copy of this order to Tracy and SHALL SEND via the EMAIL address on file a copy of the order and petition to nefcad@oag.state.md.us, Office of the Attorney General State of Maryland, Criminal Appeals Division.

_____
Deborah L. Boardman
United States District Judge